### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ashley Hoffman, On Behalf of herself and those similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| Déjà vu Pizza LLC d/b/a Papa John's Pizza; Northern Bay Pizza, LLC d/b/a Papa John's Pizza; Harold Rose; Steve Ritchie; Timothy O'Hern; Sara Lewis; Doe Corporations 1-10; John Doe 1-10, ) ) ) ) ) ) ) | Case No. 1:22-cv-006 |
| Defendants. ) | |

On March 28, 2022, Plaintiff and Defendants Northern Bay Pizza, LLC d/b/a Papa John's Pizza, Steve Ritchie, Timothy O'Hern, and Sara Lewis (collectively "Northern Bay Defendants") filed a Stipulation to Extend Time to Respond to Complaint. (Doc. No. 17).

The court **ADOPTS** the stipulation (Doc. No. 17). The Northern Bay Defendants shall have until April 18, 2022, to file an answer or otherwise or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate judge
United States District Court