IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ashleigh Hoffman, on behalf of herself and those similarly situated,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Deja Vu Pizza LLC d/b/a Papa John's Pizza, et al.,  )<br>  )<br>Defendants.  ) | **ORDER**<br><br>Case No. 1:22-cv-006 |

On November 8, 2023, the Parties filed a Stipulation to Adjust Case Management Deadlines. (Doc. No. 106). Therein they agree to extend the dispostive motion until May 15, 2024. They also request that the trial date and related pretrial deadlines be adjusted accordingly.

The court **ADOPTS** the Parties' stipulation (Doc. No. 106). The Parties shall have until May 15, 2024, to file dispositive motions. The final pretrial conference set for April 1, 2024, shall be rescheduled for September 3, 2024, at 1:30 PM by telephone. The jury trial scheduled for April 15, 2024, shall be rescheduled for September 16, 2024, at 9:30 AM in Bismarck before Judge Traynor. A ten (10) day trial is anticipated.

The court shall hold a status conference with the Parties on March 12, 2024, at 10:00 AM by telephone. In the interim, the Parties should meet and confer about revisions to pretrial deadlines and prepare a revised scheduling and discovery plan for the court's consideration. The Parties should email their revised scheduling and discovery plan to the court at ndd_J-Hochhalter@ndd.uscourts.gov no later than March 8, 2024. To participate in the status and final pretrial conferences, the Parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court