# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ashleigh Hoffman, on behalf of herself and those similarly situated, ) ) ) | |
| Plaintiff, ) | **ORDER STAYING DEADLINES** |
| ) | |
| v. ) | |
| ) | |
| Deja Vu Pizza, LLC, d/b/a/ Papa John's Pizza, et al., ) ) ) | Case No.: 1:22-cv-00006 |
| Defendants. ) | |

On March 12, 2024, the parties engaged in a *Status Conference* with the court. (Doc. No. 120). Pursuant to the parties' discussion on the record, pending deadlines shall be stayed until further order of the court. The parties shall continue to engage in discovery.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court