## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ashleigh Hoffman, individually and on behalf of those similarly situated | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | Case No. 1:22-cv-006 |
| Déjà Vu Pizza LLC d/b/a Papa John's; et al., | ) ) | |
| Defendants. | ) | |

On June 6, 2024, the Court issued an order granting Plaintiff's Motion to Certify Class. (Doc. No. 122). The order provided in relevant part the following:

(1) Once notices are approved, Plaintiff is authorized to send the notice to class members via U.S. mail and email.

(2) Class members have 60 days to either opt in or out.

(3) The undersigned will schedule a status conference with the parties after the close of the notice period in order to ascertain the results of the notice process and to set a schedule for the remainder of the case.

Plaintiff has advised the Court that notice was sent to class members on or about July 2, 2024. By the undersigned's calculation the notice period will close on or about August 31, 2024. The undersigned shall therefore schedule a status conference for September 12, 2024, at 10:00 AM by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992581.

The final pretrial conference and jury trial respectively scheduled for September 3 and 16, 2024, are cancelled with the understanding that they will be rescheduled at a later date.

1

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
