## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ashleigh Hoffman, individually and on behalf of those similarly situated, | ) ) ) | **ORDER ADOPTING JOINT PROPOSED CASE MANAGEMENT DEADLINES** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Déjà Vu Pizza LLC d/b/a Papa John's; et al., | ) ) | Case No. 1:22-cv-006 |
| Defendants. | ) | |

On October 7, 2024, the Parties submitted "Joint Proposed Case Management Deadlines."

The court **ADOPTS** the Parties proposed pretrial deadlines, which are as follows:

- Expert Identification Deadline: May 26, 2025

- Fact Discovery Deadline: June 23, 2025

- Expert Report Deadline: July 7, 2025

- Expert Discovery Deadline: August 22, 2025

- Dispositive Motion Deadline: September 23, 2025

**IT IS SO ORDERED.**

Dated this 8th day of October, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court