**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

Ashleigh Hoffman,
On behalf of herself and those similarly situated,

Plaintiff,

v. Case No. 1:22-cv-6

Deja Vu Pizza, LLC, et al.
d/b/a Papa John's Pizza,

Defendants.

---

Clerk's Minutes of Proceedings

The Honorable Daniel M. Traynor
Bismarck, North Dakota
Court Reporter: Ronda Colby
Proceeding: Fairness Hearing

Date: March 16, 2026
Time: 9:00 am
Recess: 9:15 am
Clerk: Roxanne Muffenbier

Appearances:

Attorneys for Plaintiff
Laura Farmwald (via video)
Leo Wilking

Attorneys for Defendants
Daniel Brees (via video)

Counsel note appearances.
No class members present at hearing.
No objections have been received by the Court.
Parties have agreed to a settlement to the class members.
Plaintiff notes that the deadline to fund the class members is 30 days from the date of final approval of settlement.
Court will issue a text only order extending the deadline for 30 days from today's hearing.
Parties will file a stipulation of dismissal 30 days after payments are issued to the class members.
Court in recess.