UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Ashleigh Hoffman,<br>*On behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Deja Vu Pizza, LLC d/b/a Papa John's Pizza, *et al.*<br><br>Defendants. | Case No. 1:22-cv-006<br><br>Judge Daniel M. Traynor<br><br>Magistrate Judge Clare R. Hochhalter |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Settlement Agreement entered between Plaintiff, on behalf of herself, the FLSA collective and Rule 23 classes, and Defendants Déjà vu Pizza, LLC, Magic Pizza, LLC, Pizza Oil, LLC, Queen City Pizza, LLC, Sun Pizza, LLC, Harold Rose, and Admir Mujakovic (collectively, the "Parties"), and the Court's approval of that settlement on March 16, 2026 (Doc. 189), the Parties now stipulate to the dismissal with prejudice, of all claims asserted in the above-captioned matter against Defendants Déjà vu Pizza, LLC, Magic Pizza, LLC, Pizza Oil, LLC, Queen City Pizza, LLC, Sun Pizza, LLC, Harold Rose, and Admir Mujakovic, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/Laura Farmwald*
Andrew R. Biller *(admitted pro hac vice)*
Andrew P. Kimble *(admitted pro hac vice)*
Laura E. Farmwald *(admitted pro hac vice)*
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*lfarmwald@billerkimble.com*

Leo F.J. Wilking (ND ID # 03629)
Wilking Law Firm, PLLC
PO Box 3085
Fargo, ND 58108-3085
Phone: 701-356-6823
Fax: 701-478-7621
lwilking@wilkinglaw.com

*Counsel for Plaintiff and the putative classes*

*/s/ Daniel Brees (via email permission)*
David Schooler
Daniel Brees
Gordon Rees Scully Mansukhani, LLP
80 S. 8th Street, Suite 3850
Minneapolis, MN 55402
(651) 802-3364
dbrees@grsm.com
*Attorney for Defendants*

**Certificate of Service**

Plaintiff certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to all parties indicated on the filing receipt.

*/s/Laura Farmwald*
Laura Farmwald