IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Ashleigh Hoffman, on behalf of herself and those similarly situated,

Plaintiffs,

vs.

Deja Vu Pizza, LLC d/b/a Papa John's Pizza et al.,

Defendants.

Case No. 1:22-cv-00006

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶ 1] THIS MATTER comes before the Court on a Joint Stipulation of Dismissal with Prejudice filed by the Parties on June 11, 2026. Doc. No. 190. The parties have stipulated to dismiss the claims and causes of action of all parties in this matter with prejudice without further costs to either party.

[¶ 2] Upon consideration, the Court **ADOPTS** the Stipulation in its entirety (Doc. No. 190). It is therefore **ORDERED** this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs.

[¶ 3] **IT IS SO ORDERED**.

DATED June 15, 2026.

Daniel M. Traynor, District Judge
United States District Court